

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:      01-15-00197-CV

Style:      Leticia B. Loya

     **v.** Vitol, Inc., Michael Metz, and Antonio Maarraoui

Date motion filed*:      April 8, 2015

Type of motion:      Appellant's motion demonstrating proof of payment to court reporter and requesting relief pursuant to Rule 37

Party filing motion:      Appellant

Document to be filed:

Is appeal accelerated?      No

If motion to extend time:
     Original due date:
     Number of previous extensions granted:      Current Due date:
     Date Requested:

Ordered that motion is:

     ☐      Granted

         If document is to be filed, document due:

         ☐      The Court will not grant additional motions to extend time absent extraordinary circumstances.

     ☐      Denied

     ☒      Dismissed (moot)

     ☐      Other: _____

     The court reporter's record was filed with this Court on April 10, 2015. Accordingly, appellant's motion is dismissed as moot.

Judge's signature: /s/ Terry Jennings
     ☑     Acting individually     ☐     Acting for the Court

Panel consists of

Date: April 16, 2015